

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00449-CR

Alberto M. **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5048
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On August 8, 2018, this court issued an opinion and order dismissing this appeal for want of jurisdiction. Two days later, this court received a pro se motion for an extension of time to file a pro se brief.

Appellant is represented in this appeal by court-appointed counsel: Dean A. Diachin, Bexar County Assistant Public Defender, 101 W. Nueva St., Suite 370, San Antonio, Texas 78205, telephone number 210-335-0701.

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court